IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE ESTATE OF VERONICA ESCOBAR,** | : | |
| | : | Civil No. 3:22-CV-1666 |
| **Plaintiff,** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **MARTIN O'MALLEY,**[1] **Commissioner of Social Security** | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW**, this 5th day of November 2024, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Clerk shall enter final judgment **AFFIRMING** the decision of the Commissioner of Social Security; and,

2. The Clerk of Court shall **CLOSE** this case.

*s/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Accordingly, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), Martin O'Malley is substituted for Kilolo Kijakazi as the defendant in this suit.